

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00714-CR

Tommy **HARDEMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 390th District Court, Travis County, Texas
Trial Court No. D-1-DC-12-201869
The Honorable Julie H. Kocurek, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appointed counsel's motion to withdraw is GRANTED and the trial court's judgment is AFFIRMED.

SIGNED October 2, 2013.

Marialyn Barnard, Justice